**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 531 EAL 2015
:
       Respondent : 
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
       v. :
:
:
JAMAL GLOVER, :
:
       Petitioner :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 1st day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.